AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MONTEL WILLIAMS and MONTEL WILLIAMS ENTERPRISES, INC.,

*Plaintiff(s)*

v.

ADVANCEABLE TECHNOLOGY, LLC; BEAUTY STRONG LLC (f/k/a HATHOR SECRETS, LLC f/k/a SECRETS OF ISIS, LLC); SNOWFLAKE MARKETING LLC, TIMOTHY ISAAC; and DOES and ABC COMPANIES 1-100 inclusive

*Defendant(s)*

Civil Action No.

17-cv-23942-Williams/Torres

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Advanceable Technology, LLC
c/o Timothy Isaac
6501 E Greenway Pkwy, STE 103-648
Scottsdale, Arizona 85254-2065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Franklin L. Zemel, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
200 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 27, 2017 _____

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MONTEL WILLIAMS and MONTEL WILLIAMS ENTERPRISES, INC., <br><br> *Plaintiff(s)* <br> v. <br> ADVANCEABLE TECHNOLOGY, LLC; BEAUTY STRONG LLC (f/k/a HATHOR SECRETS, LLC f/k/a SECRETS OF ISIS, LLC); SNOWFLAKE MARKETING LLC, TIMOTHY ISAAC; and DOES and ABC COMPANIES 1-100 inclusive <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> 17-cv-23942-Williams/Torres |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Beauty Strong, LLC (f/k/a Hathor Secrets, LLC f/k/a Secrets of Isis, LLC)
c/o Timothy Isaac
6501 E Greenway Pkwy, STE 103-648
Scottsdale, Arizona 85254-2065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Franklin L. Zemel, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
200 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Oct 27, 2017

Steven M. Larimore
Clerk of Court

SUMMONS

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MONTEL WILLIAMS and MONTEL WILLIAMS ENTERPRISES, INC., <br><br> *Plaintiff(s)* <br> v. <br> ADVANCEABLE TECHNOLOGY, LLC; BEAUTY STRONG LLC (f/k/a HATHOR SECRETS, LLC f/k/a SECRETS OF ISIS, LLC); SNOWFLAKE MARKETING LLC, TIMOTHY ISAAC; and DOES and ABC COMPANIES 1-100 inclusive <br> *Defendant(s)* | Civil Action No. <br><br> 17-cv-23942-Williams/Torres |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Snowflake Marketing, LLC
c/o HGK Global Media LLC
6501 E Greenway Pkwy, STE 103-648
Scottsdale, Arizona 85254-2065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Franklin L. Zemel, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
200 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 27, 2017

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MONTEL WILLIAMS and MONTEL WILLIAMS ENTERPRISES, INC., <br><br> *Plaintiff(s)* <br> v. <br> ADVANCEABLE TECHNOLOGY, LLC; BEAUTY STRONG LLC (f/k/a HATHOR SECRETS, LLC f/k/a SECRETS OF ISIS, LLC); SNOWFLAKE MARKETING LLC, TIMOTHY ISAAC; and DOES and ABC COMPANIES 1-100 inclusive <br> *Defendant(s)* | ))))))))))))) Civil Action No. 17-cv-23942-Williams/Torres |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Timothy Isaac
15850 N. 23rd St.
Phoenix, AZ 85022
Maricopa County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Franklin L. Zemel, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
200 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 27, 2017

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts