IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-CV-23942-KMW

MONTEL WILLIAMS and MONTEL WILLIAMS
ENTERPRISES, INC.,

    Plaintiffs,

  v.

ADVANCEABLE TECHNOLOGY, LLC; BEAUTY
STRONG, LLC (f/k/a HATHOR SECRETS, LLC f/k/a
SECRETS OF ISIS, LLC); SNOWFLAKE
MARKETING LLC; COMMON SENSE BEAUTY, LLC
HGK GLOBAL MEDIA LLC; TIMOTHY
ISAAC; AND DOES and ABC COMPANIES 1-100
inclusive,

    Defendants.

_____/

## MOTION TO STRIKE CERTAIN PORTIONS OF PLAINTIFFS' AMENDED COMPLAINT

COME NOW Defendants, ADVANCEABLE TECHNOLOGY, LLC, BEAUTY STRONG, LLC (f/k/a HATHOR SECRETS, LLC f/k/a SECRETS OF ISIS, LLC), and TIMOTHY ISAAC, by and through their undersigned counsel and pursuant to *Fed. R. Civ. P. 12(b)*, request that the Court strike certain portions of Plaintiffs' Amended Complaint [DE 35] and in support state:

1. There are numerous paragraphs in Plaintiffs' Amended Complaint that speak of complaints against Defendants that Plaintiffs' have obtained off of third party websites on the internet. *See FN3, ¶12, FN4, FN5, ¶46, FN23, ¶47, FN24, ¶49*

2. Plaintiffs speak in the Amended Complaint about alleged "credit card scams or

   other fraudulent schemes" that Defendants are involved in. *See* ¶6, ¶12, ¶40, and ¶49.

3. Plaintiffs also make an unsupported claim that Defendants are causing "significant and widespread harm to consumers". ¶49.

4. There is no cause of action against Defendants for credit card or other fraudulent scams.  Likewise, there is no cause of action against Defendants for "ripping off" consumers.  Finally, there is no cause of action for claims that Defendants have caused harm to consumers.

5. *Fed. R. Civ. P. 12(f)* allows a court to strike from a pleading redundant, immaterial, impertinent or scandalous matter.  The information in the above mentioned paragraphs and footnotes is not necessary for the causes of action asserted against Defendants.  Such information is used by Plaintiffs for scandalous purposes against Defendants and is as well quite immaterial and impertinent to the five causes of action asserted against Defendants.

6. Much of the information that is subject to be stricken is not even information Plaintiffs know first-hand and comes through hearsay from online websites and reports of consumers.

WHEREFORE Defendants, ADVANCEABE TECHNOLOGY, LLC, BEAUTY STRONG, LLC (f/k/a HATHOR SECRETS, LLC f/k/a SECRETS OF ISIS, LLC), and TIMOTHY ISAAC, pursuant to *Fed. R. Civ. P. 12(f)*, request that the Court Grant their Motion and Strike ¶6, *FN3, ¶12, FN4, FN5, ¶40,  ¶46, FN23, ¶47, FN24, and ¶49* of Plaintiffs' Amended Complaint, and for any further relief this Court deems justified.

**Dated: February 16, 2018**

Respectfully Submitted,

           s/ James O. Williams Jr., Esq.
           James O. Williams Jr., Esq. (eService@wlclaw.com)
           Florida Bar No. 0614513
           Philip B. Wiseberg, Esq.
           Florida Bar No. 27233
           Attorney for Advanceable, Beauty Strong,
           and Isaac
           Williams, Leininger & Cosby, P.A.
           11300 US Highway One, Suite 300
           North Palm Beach, Florida 33408
           Telephone No. (561)615-5666
           Facsimile No. (561)615-9606

## **CERTIFICATE OF SERVICE**

  WE HEREBY CERTIFY that on February 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF system and sent a copy via email to the parties listed below.

           **s/ James O. Williams, Jr.**
           **Florida Bar No.: 0614513**

**SERVICE LIST:**

Franklin L. Zemel, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
200 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 713-7610
Fax: (954) 713-7710
Franklin.Zemel@saul.com

Mark Rachman, Esq.
Josh Podolnick, Esq.
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
Tel: (212) 468-4890
mrachman@dglaw.com
jpodolnick@dglaw.com

Jeffrey Smith, Esq.
SANDERS & PARKS, PC

3

3030 N. Third Street, Suite 1300
Phoenix, AZ  85012-3099
Tel:  (602) 532-5686
Jeffrey.smith@sandersparks.com