UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No. 1:17-cv-23942-WILLIAMS/TORRES

MONTEL WILLIAMS and MONTEL WILLIAMS ENTERPRISES, INC.,

        Plaintiffs,

v.

ADVANCEABLE TECHNOLOGY, LLC; BEAUTY STRONG, LLC (f/k/a HATHOR SECRETS, LLC f/k/a SECRETS OF ISIS, LLC); SNOWFLAKE MARKETING LLC; COMMON SENSE BEAUTY, LLC; HGK GLOBAL MEDIA LLC; TIMOTHY ISAAC; AND DOES and ABC COMPANIES 1-100 inclusive,

        Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF STIPULATED ORDER OF PERMANENT INJUNCTION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Montel Williams and Montel Williams Enterprises, Inc. (collectively the "Plaintiffs"), by and through their attorneys, Saul Ewing Arnstein & Lehr and Davis & Gilbert LLP, respectfully submit this Unopposed Motion for the Entry of the attached Stipulated Order of Permanent Injunction pursuant to a confidential settlement agreement between the parties.

1. Pursuant to a confidential settlement agreement reached between the parties, Defendants have agreed to the entry of the signed Stipulated Order of Permanent Injunction that is attached hereto as Exhibit A, pursuant to which they agree to be permanently enjoined from using Plaintiffs' names, pictures, voices, identities, likenesses, images, intellectual property, trademarks, quotes, and/or reputation in any advertisements for Defendants' product(s) without Plaintiffs' authorization.

2. Plaintiffs' motion is not opposed by the Defendants.

3. Plaintiffs thus hereby move this Court for the entry of the attached Stipulated Order of Permanent Injunction to be "So Ordered" by the Court.

4. If the Court seeks to review the confidential settlement agreement between the parties prior to ordering the Stipulated Order of Permanent Injunction, the parties will submit that agreement for *in camera* review or, with the Court's permission, file it for review under seal in order to preserve its confidentiality.

5. Upon the entry of the Stipulated Order of Permanent Injunction, the parties respectfully request that the Court enter the Stipulated Order of Dismissal with Prejudice attached hereto as Exhibit B.

### Rule 7.1(A)(3)(a) Pre-Filing Conference

WE HEREBY CERTIFY that, prior to the filing of this motion, the undersigned conferred with Defendants regarding the relief requested in this Motion. Defendants have indicated that they do not oppose the relief requested by this Motion.

Dated:   Fort Lauderdale, Florida
         April 3, 2019

Respectfully submitted,

By:      /s/ Franklin L. Zemel

Franklin L. Zemel, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
200 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 713-7610
Fax: (954) 713-7710

And

Of Counsel:

DAVIS & GILBERT LLP
Marc J. Rachman (mrachman@dglaw.com) (admitted *pro hac vice*)
Joshua Podolnick (jpodolnick@dglaw.com) (admitted *pro hac vice*)
Claudia Cohen (ccohen@dglaw.com) (admitted *pro hac vice*)
1740 Broadway
New York, New York 10019
(212) 468-4890

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on April 3, 2019, we electronically filed the foregoing document with the Clerk of Court using its CM/ECF filing system and that service is made, to the parties listed in the attached Service List, under the ECF system and a copy was sent to any party not using the ECF via e-mail.

**SAUL EWING ARNSTEIN & LEHR LLP**
200 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Tel: (954) 713-7610
Email: franklin.zemel@saul.com


By:  _s/Franklin L. Zemel
       Franklin L. Zemel
       Florida Bar No. 816620

Of Counsel:

DAVIS & GILBERT LLP
Marc J. Rachman (mrachman@dglaw.com) (*admitted pro hac vice*)
Joshua Podolnick (jpodolnick@dglaw.com) (*admitted pro hac vice*)
Claudia Cohen (ccohen@dglaw.com) (*admitted pro hac vice*)
1740 Broadway
New York, New York 10019
(212) 468-4890
*Attorneys for Plaintiffs*

**MONTEL WILLIAMS V. ADVANCEABLE TECHNOLOGY, et al**
**USDC Case No. 17-cv-23942-KMW**

**SERVICE LIST**

Franklin L. Zemel
**SAUL EWING ARNSTEIN & LEHR**
*Co-counsel for Plaintiff*
200 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Tel (954) 713-7610
Email: franklin.zemel@saul.com

Marc Rachman
Joshua Podolnick
Claudia Cohen
**DAVIS & GILBERT LLP**
*Co-counsel for Plaintiff*
1740 Broadway
New York, New York 10019
mrachman@dglaw.com
jpodolnick@dglaw.com
ccohen@dglaw.com

James Williams, Jr.
Jessica Butler
**WILLIAMS LEININGER & COSBY, PA**
11300 US Highway One, Suite 300
North Palm Beach, Florida 33408
Tel: (561) 615-5666
service@wlclaw.com

Jeffrey Smith
**SANDERS & PARKS, PC**
*Counsel for Snowflake Marketing*
3030 North Thrid Street, Suite 1300
Phoenix, Arizona 85012-3099